An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM B. CASHION TRUST; AND
ANGELA HAYDEN, AS TRUSTEE OF
THE WILLIAM B. CASHION TRUST,
Appellants,
vs.
WILLIAM B. CASHION,
Respondent.

No. 60925

WILLIAM B. CASHION TRUST; AND
ANGELA HAYDEN, AS TRUSTEE OF
THE WILLIAM B. CASHION TRUST,
Appellants,
vs.
WILLIAM B. CASHION,
Respondent.

No. 63139

**FILED**

**NOV 0 3 2014**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEALS

Having reviewed the parties' October 10, 2014, stipulation to dismiss these consolidated appeals, the stipulation is approved, and these appeals are hereby dismissed.

It is so ORDERED.[1]

_____, C.J.

cc: Hon. Joanna Kishner, District Judge
Hon. Elissa F. Cadish
William C. Turner, Settlement Judge
Marquis Aurbach Coffing
Lionel Sawyer & Collins/Las Vegas
Lewis Roca Rothgerber LLP/Reno
Eighth District Court Clerk

---

[1]In light of this order, we conclude that no action is necessary as to attorney Marla J. Hudgens' October 10, 2014, notice of disassociation of counsel.

14-36290